IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN M. GUY MANVILLE, III; and HELEN I. MANVILLE,, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK; JOSE M. DELGADILLO; RECONTRUST COMPANY, N.A.; and DOES 1-20 inclusive, <br><br> Defendants. | 2:08-cv-1931-GEB-DAD <br><br> <u>ORDER</u> |

On August 18, 2008, Plaintiffs filed an application for a temporary restraining order ("TRO"). If Defendants desire to oppose the TRO, Defendants should endeavor to file their response as soon as feasible, preferably by 4:00 p.m. today, August 19, 2008. A hearing on the TRO will be held at noon on August 20, 2008 in courtroom 10,

1

1  unless an order issues submitting the motion.  Plaintiff shall provide
2  Defendants with a copy of this Order in the most effective means
3  assuring they receive this Order as soon as possible.
4          IT IS SO ORDERED.
5  Dated:  August 19, 2008

7  _____
   GARLAND E. BURRELL, JR.
8  United States District Judge