1  PATRICIA L. MCCLARAN (State Bar No. 95754)
   ANDREW W. NOBLE (State Bar No. 245993)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
4  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
5
   Attorneys for Defendants
6  COUNTRYWIDE FINANCIAL
   CORPORATION, COUNTRYWIDE
7  HOME LOANS, INC.,
   COUNTRYWIDE BANK and
8  RECONTRUST COMPANY, N.A.

9

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| OWEN M. GUY MANVILLE, III, and HELEN I. MANVILLE,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, JOSEPH M. DELGADILLO, and RECONTRUST COMPANY, N.A., and DOES 1-20 inclusive,<br><br>　　　　　Defendants. | Case No.:  08-CV-01931-GEB-DAD<br><br>**STIPULATION BY AND BETWEEN PLAINTIFFS AND DEFENDANTS COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE FINANCIAL CORP., COUNTRYWIDE BANK, AND RECONTRUST COMPANY, N.A. RE: EXTENSION OF TEMPORARY RESTRAINING ORDER AND TAKING PRELIMINARY INJUNCTION HEARING SET FOR SEPTEMBER 4, 2008, OFF CALENDAR**<br><br>Dept:    10<br>Judge:   Garland E. Burrell, Jr.<br>Complaint Date:   August 18, 2008<br>Trial Date:       None Set |

1. This Stipulation is entered into between plaintiffs Owen M. Guy Manville, III and Helen I. Manville ("Manville") and defendants Countrywide Home Loans, Inc., Countrywide Financial Corp., Countrywide Bank, and ReconTrust Company, N.A. ("Countrywide").

2. On or about August 18, 2008, Manville filed a Motion for Temporary Restraining Order seeking to enjoin Defendants from proceeding with a foreclosure sale of Manville's real property located at 12211 Sierra Drive, Truckee, California ("subject property"), which had been scheduled to take place on August 21, 2008.

3. On August 20, 2008, this Court granted Manville's motion and issued a Temporary Restraining Order ("TRO") enjoining Countrywide from disposing of the subject property.  The TRO required that Manville post a $5,000 bond no later than August 21, 2008.  The TRO also set a hearing for a preliminary injunction for September 4, 2008 at 9:00 a.m. in courtroom 10.  The TRO expires on September 4, 2008.  Countrywide is obligated to respond to the preliminary injunction no later than August 28, 2008, at 9:00 a.m.

4. Manville and Countrywide are exploring the possibility of loan modification. To facilitate this process, the parties stipulate that the deadlines set forth in the TRO will be extended by 30 days, and the present preliminary injunction hearing set for September 4, 2008 will be taken off calendar.

5. Accordingly, the parties agree to the following deadlines:

   a. The injunction prohibiting Countrywide from disposing of the subject property will be valid until October 6, 2008.

   b. The hearing on the preliminary injunction will be postponed to October 6, 2008, at 9:00 a.m. or to a date and time convenient to the Court.

   c. Countrywide shall file papers in response to the preliminary injunction no later than October 1, 2008, at 9:00 a.m.

- 2 -

22222/2222/685387.1    STIPULATION BY AND BETWEEN PLAINTIFFS AND DEFENDANTS COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK AND RECONTRUST COMPANY, N.A.
CASE NO.: 08-CV-01931-GEB-DAD

1    IT IS SO STIPULATED.

2

3  DATED: August 27, 2008                LAW OFFICES OF MICHAEL W. JANSEN

4

5                                         By: /s/ Michael W. Jansen
                                               Michael W. Jansen
6

7                                         Attorneys for Plaintiffs
                                          OWEN M. GUY MANVILLE, III, and
                                          HELEN I. MANVILLE
8

9  DATED: August 27, 2008                SEVERSON & WERSON
                                          A Professional Corporation
10

11

12                                        By: /s/ Patricia L. McClaran
                                               Patricia L. McClaran
13
                                          Attorneys for Defendants
14                                        COUNTRYWIDE FINANCIAL
                                          CORPORATION, COUNTRYWIDE HOME
                                          LOANS, INC., COUNTRYWIDE BANK
15                                        and RECONTRUST COMPANY, N.A.

16   IT IS SO ORDERED.

17

18  DATED: 8/28/08
                                          _____
19                                        GARLAND E. BURRELL, JR.
                                          United States District Judge

20

21

22

23

24

25

26

27

28
- 3 -
22222/2222/685387.1               STIPULATION BY AND BETWEEN PLAINTIFFS AND DEFENDANTS
                                  COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS,
                                  INC., COUNTRYWIDE BANK AND RECONTRUST COMPANY, N.A.
                                  CASE NO.: 08-CV-01931-GEB-DAD